JS-6

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELFO CERAME, JR.<br><br>    Plaintiff,<br><br>  vs.<br><br>ACB GARDEN GROVE, LLC;<br>GARDEN GROVE DENTAL CARE<br>and Does 1-10, inclusive<br><br><br>    Defendants. | Case No. 8:19-cv-02375-JLS-KES<br><br>**ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41 (a)(1)(A)(ii)** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) filed by Plaintiff Adelfo Cerame Jr. ("Plaintiff") and Defendants ACB Garden Grove, LLC, and Garden Grove Dental Care ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees and costs.

IT IS SO ORDERED.

Dated: 02/13/2020

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE
HONORABLE JOSEPHINE L. STATON